UNITED STATES DISTRICT COURT OF EASTERN NEW YORK.
---------------------------------------------------------------X
EL DIVINE STARKIM ALLAH-EL,
Plaintiff,

                                          Index No. 1-25-CV-03537-PK

-against-

ALLIED UNIVERSALServices ("Universal Protection Services")
& COLUMBIA UNIVERSITY ("Columbia Board of Trustees" or "Columbia"),
Defendants.
---------------------------------------------------------------X

## PLAINTIFF'S MOTION TO CURE DEFECT IN SERVICE OF PROCESS NUNC PRO TUNC

Plaintiff, by and through undersigned counsel, respectfully moves this Honorable Court for an order curing any defect in service of process nunc pro tunc pursuant to Rule 4 of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1. Plaintiff commenced this action by filing the Complaint on **[Insert Filing Date]**.
2. In accordance with Federal Rule of Civil Procedure 4, Plaintiff caused the Summons and Complaint to be served on Defendants via a professional process server, **ABC Legal Services**, within **90 days** of filing, on or about **[Insert Service Date]**.
3. ABC Legal has filed sworn **proof of service** for each defendant on the docket, confirming timely and proper service.
4. Plaintiff files this motion out of an abundance of caution to cure any potential defect in form, content, or manner of service and to ensure the record reflects compliance with Rule 4.
5. There is no prejudice to Defendants, who are on notice of this action, and no delay in the prosecution of this case has occurred.
6. Courts in this Circuit have broad discretion to cure technical service issues where service was timely and actual notice was provided. See *Zapata v. City of New York*, 502 F.3d 192, 196–97 (2d Cir. 2007).

WHEREFORE, Plaintiff respectfully requests that the Court:

- Deem any technical defect in the service of the Summons and Complaint cured **nunc pro tunc**, and
- Confirm that service of process upon Defendants was proper and timely under Fed. R. Civ. P. 4.

Respectfully submitted,
[Your Name]
[Your Law Firm, if applicable]

[Your Address]
[Phone Number]
[Email Address]
Counsel for Plaintiff

Dated: [Insert Date]

---

### 📎 Attachments (Recommended)

- Proof(s) of service from ABC Legal
- Original Summons
- Any prior correspondence with the court, if applicable

---

Let me know if you'd like this in Word or PDF format, or need help tailoring it to a specific defendant (e.g., individual vs. corporation).

## PLAINTIFF'S MOTION TO DEEM SERVICE OF SUMMONS AND COMPLAINT TIMELY NUNC PRO TUNC

Plaintiff, by and through undersigned counsel, respectfully moves this Honorable Court for an order curing any defect in service of process nunc pro tunc pursuant to Rule 4 of the Federal Rules of Civil Procedure, and in support thereof states as follows:

1. Plaintiff commenced this action by filing the Complaint on **6/25/25.**
2. In accordance with Federal Rule of Civil Procedure 4, Plaintiff caused the Summons and Complaint to be served on Defendants via a professional process server, **ABC Legal Services**, within **90 days** of filing, on or about 6/30/25 (Allied Universal) and 7/1/25 (Columbia/prosauker)..
3. ABC Legal has filed sworn **proof of service** for each defendant on the docket. (Exhibit 1) confirming timely and proper service.
4. Plaintiff files this motion out of an abundance of caution to cure any potential defect in form, content, or manner of service and to ensure the record reflects compliance with Rule 4
5. There is no prejudice to Defendants, who are on notice of this action, and no delay in the prosecution of this case has occurred.
6. Courts in this Circuit have broad discretion to cure technical service issues where service was timely and actual notice was provided. See *Zapata v. City of New York*, 502 F.3d 192, 196–97 (2d Cir. 2007).

WHEREFORE, Plaintiff respectfully requests that the Court:

- Deem any technical defect in the service of the Summons and Complaint cured **nunc pro tunc**, and
- Confirm that service of process upon Defendants was proper and timely under Fed. R. Civ. P. 4.

Respectfully submitted,

*A.T.Ogunsanya*

Adebukola Ogunsanya, Esq
343 fifth avenue
Riveredge, New Jersey 07661
Email: og