```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
EL DIVINE STARKIM ALLAH-EL,               :    25cv6129 (DLC)
                                          :
                    Plaintiff,            :    ORDER
                                          :
          -v-                             :
                                          :
ALLIED UNIVERSAL SERVICES and COLUMBIA    :
UNIVERSITY,                               :
                                          :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    This action was filed in the Eastern District of New York on June 25, 2025. It was transferred to this District on July 25. On August 12, the plaintiff submitted a filing titled "Motion to Cure Defect in Service of Process Nunc Pro Tunc," which asked the Court "out of an abundance of caution to cure any potential defect" in service, without further explanation. Attached to that filing, as well as to the plaintiff's filing of August 19, are affidavits of service in which no defect is apparent. Accordingly, it is hereby

    ORDERED that if service was defective, the plaintiff shall promptly cure any defect in service and so inform the Court.

    IT IS FURTHER ORDERED that if service was proper, the plaintiff shall file any motion for default judgment by **August 29, 2025**; the plaintiff shall then serve this Order and the

motion for default judgment papers on the defendants and file proof of such service on the docket on or before **September 3, 2025.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:   New York, New York
         August 21, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge