The Honorable Denise Cote
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

        **Re: EL DIVINE STARKIM ALLAH-EL v. Allied Universal Services ("Universal Protective Services") and Columbia University ("The Board of Trustees for Columbia University")**
        **Docket no 1:25-cv-06129 -Correction to Motion in Support of Supplemental Judgment.**

Dear Judge Cote:

I'm in receipt of your recent Order and I respectfully submit this letter to provide the Court with a corrected version of the Supplemental Motion in Support of the Default Judgment originally filed on August 26, 2025 ECF no. 9 which has been flagged as deficient.

Prior to filing the default request to the clerk, I reviewed your Court rules on the process https://www.nysd.uscourts.gov/sites/default/files/practice_documents/DLC%20Cote%20Civil%20Individual%20Practices%202025-02-26.pdf.

1. Obtain a Certificate of Default for each defaulting defendant from the Clerk's Office pursuant to Federal Rule of Civil Procedure Rule 55(a) and Local Civil Rule 55.1.
   - Plaintiff filed the same as ECF. no. 10 on 8/26/2025 with its affidavit setting forth basis for default judgement. In addition, Plaintiff attached its Supplemental Submission in Support of Entry of Default Judgment ECF no. 9 and its respective attachments which are at issue for its deficiencies.

2. File a Motion for Default Judgment on ECF pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(c). A plaintiff seeking a default judgment should not proceed by order to show cause.

   - Plaintiff filed the same as ECF. no. 11.

3. Upon receipt of certificate of Default, Plaintiff will forward a hard copy of the Default Judgement to Chambers.

Upon review, I acknowledge that the original submission did not meet the expected standards of clarity and form. I take full responsibility for these deficiencies. The corrected motion, filed contemporaneously via ECF addresses the prior issues and reflects my independent legal research and reasoning. While I used a software based drafting tool in preparing the original version, I now recognize that any such assistance must be used with heightened care and personal oversight. All substantive content in the revised filing is entirely my own including language; the consent decree orders of 2018 applicable to AUS and the recent 2025 publication on Columbia's University Title VII settlement agreement.

Likewise, all substantive content in the revised filing is entirely my own.

I regret any inconvenience caused to the Court and assure your Honor that no disrespect was intended. Over the past fourteen years, I have handled more than 1500 Plaintiff arbitration matters, and I have taken pride in maintaining a high standard of professionalism and respect for the judicial process and my work product. I sincerely am embarrassed and regret that the original filing did not reflect that standard, and I assure the Court that no disrespect was intended. I remain committed to maintaining the highest level of professionalism in all future submissions and will be present on September 10, 2025. A revised copy of the supplemental submission in support of entry of default judgment under Rule 55(b) has been submitted to ECF.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ A.T. Ogunsanya*

Adebukola Ogunsanya, Esq.