UNITED STATES DISTRICT COURT OF EASTERN NEW YORK

_____x

El Sarkim Allah-El
 Plaintiff                                                    Index No.: 1:25-cv-06129
                                                                      **CLERK'S CERTIFICTE OF
                                                                                  DEFAULT**

**against**

Allied Universal Security ("Universal Protection Services") &
Columbia University ("The Board of Trustees for Columbia University")
 Defendant.
_____x

I. _____. Clerk of the United Ststes District Court for the Southern District of New York, do hereby certify that this action was commenced on June 25, ≥2025 with the filing of a complaints, a copy of the summons and complaint was served on defendant Allied Univerrsal Corporate Office at 161 Washington St Ste 600, Conshohocken PA 19428 on 6/30/25 a 12:18 pm. Defendant Columbia University Oscar Leonardo at Columbia legal Department, 412 Low Memorial Library 535 W 116TH St., New York , NY 10027 on 7/25/24 at 5:31pm.  The respective proof of service was therefore filed on            ECF # no. 5, 6 & 7.

I further certify that the docket entries indicate that the defendant(s) hasnot filed an answer or otherise moved with respect to the complaint herein. The  default of the defendants is/hereby noted.

Dated: New York, New York
 August 29, 2025                                                      _____
                                                                                          Clerk of Court

                                                      By:  _____
                                                                             Deputy Clerk