UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
EL DIVINE STARKIM ALLAH-EL,           :    25cv6129 (DLC)
                                      :
                         Plaintiff,   :    ORDER
                                      :
              -v-                     :
                                      :
ALLIED UNIVERSAL SERVICES and COLUMBIA :
UNIVERSITY,                           :
                                      :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

   Pursuant to an Order of August 28, 2025, a conference was held on September 10 to address whether plaintiff's counsel should be sanctioned. For the reasons described on the record at the September 10 conference, it is hereby

   ORDERED that this action is dismissed without prejudice to its refiling.

   IT IS FURTHER ORDERED that plaintiff's counsel shall order the transcript of the September 10 conference and, should this action be refiled, shall immediately bring that transcript to the attention of the presiding judge by submitting it on the docket of the refiled action.

Dated:   New York, New York
         September 10, 2025

                                  _____
                                           DENISE COTE
                                  United States District Judge